Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Plaintiff/Counterdefendant*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>                 Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |
| IDAHO HEALTH DATA EXCHANGE, INC., an Idaho corporation,<br><br>                 Plaintiff,<br><br>vs.<br><br>CUREOUS INNOVATIONS, INC., a Delaware corporation; ADA COUNTY DISTRICT COURT, a political subdivision of the State of Idaho,<br><br>                 Defendants. | Adversary No. 22-06018-JMM<br><br>**ANSWER TO COUNTERCLAIM** |
| CUREOUS INNOVATIONS, INC., a Delaware Corporation,<br><br>                 Counterclaimant,<br><br>vs.<br><br>IDAHO HEALTH DATA EXCHANGE, INC., an Idaho corporation,<br><br>                 Counterdefendant. | |

ANSWER TO COUNTERCLAIM – Page 1

The Plaintiff/Counterdefendant, Idaho Health Data Exchange, Inc. ("IHDE"), by and through its counsel of record, Johnson May, responds to the Counterclaims of Cureous Innovations, Inc. ("Cureous"), as follows. Any allegations in the Counterclaims not specifically admitted or qualified shall be deemed denied.

## FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

In response to the specific allegations in the Counterclaim, IHDE responds as follows:

1. IHDE admits the allegations contained in paragraph 1 of the Counterclaim.

2. IHDE admits the allegations contained in paragraph 2 of the Counterclaim.

3. IHDE admits the allegations contained in paragraph 3 of the Counterclaim.

4. IHDE admits the allegations contained in paragraph 4 of the Counterclaim.

5. IHDE admits the allegations contained in paragraph 5 of the Counterclaim.

6. IHDE admits the allegations contained in paragraph 6 of the Counterclaim.

7. No response to the statements contained in paragraph 7 of the Counterclaim is necessary. To the extent a response is deemed necessary, IHDE acknowledges Cureous' consent to the Bankruptcy Court entering final orders in this proceeding.

8. IHDE admits the allegations contained in paragraph 8 of the Counterclaim.

9. IHDE denies the allegations contained in paragraph 9 of the Counterclaim.

10. In response to paragraph 10 of the Counterclaim, IHDE admits only that it operates a statewide Health Information Exchange ("HIE") in Idaho. IHDE denies the balance of the allegations.

ANSWER TO COUNTERCLAIM – Page 2

11. IHDE admits the allegations contained in paragraph 11 of the Counterclaim.

12. In response to paragraph 12 of the Counterclaim, IHDE admits only that the provisions of the SUPPORT Act speak for themselves. IHDE denies the balance of the allegations.

13. In response to paragraph 13 of the Counterclaim, IHDE admits only that the provisions of the SUPPORT Act speak for themselves. IHDE denies the balance of the allegations.

14. In response to paragraph 14 of the Counterclaim, IHDE admits only that the provisions of the SUPPORT Act speak for themselves. IHDE denies the balance of the allegations.

15. In response to paragraph 15 of the Counterclaim, IHDE admits only that IHDE contracted with the Idaho Department of Health and Welfare ("DHW") related to SUPPORT Act and other funding sources. IHDE denies the balance of the allegations.

16. Paragraph 16 of the Counterclaim consists of legal conclusions for which no response is necessary. To the degree a response is necessary, IHDE denies the allegations.

17. Paragraph 17 of the Counterclaim consists of legal conclusions for which no response is necessary. To the degree a response is necessary, IHDE denies the allegations.

18. Paragraph 18 of the Counterclaim consists of legal conclusions for which no response is necessary. To the degree a response is necessary, IHDE denies the allegations.

19. In response to paragraph 19 of the Counterclaim, IHDE is without sufficient information or knowledge to admit or deny the allegations and, therefore, denies the same.

20. IHDE denies the allegations contained in paragraph 20 of the Counterclaim.

21. In response to paragraph 21 of the Counterclaim, IHDE admits only that it contracted with Cureous. IHDE denies the balance of the allegations.

22. IHDE admits the allegations contained in paragraph 22 of the Counterclaim.

ANSWER TO COUNTERCLAIM – Page 3

23. In response to paragraph 23 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

24. IHDE denies the allegations contained in paragraph 24 of the Counterclaim.

25. In response to paragraph 25 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

26. In response to paragraph 26 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

27. In response to paragraph 27 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

28. In response to paragraph 28 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

29. In response to paragraph 29 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

30. In response to paragraph 30 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

31. In response to paragraph 31 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

32. IHDE is without sufficient knowledge to either confirm or deny the allegations contained in paragraph 32 of the Counterclaim, and therefore denies the same.

33. In response to paragraph 33 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

34. In response to paragraph 34 of the Counterclaim, IHDE admits only that the contract terms speak for themselves. IHDE denies any allegations in this paragraph not consistent with the contract terms.

35. In response to paragraph 35 of the Counterclaim, IHDE admits only that it sent certain IHDE proposed contract documents concerning Cureous to DHW for review. IHDE denies the balance of the allegations.

36. In response to paragraph 36 of the Counterclaim, IHDE admits only that DHW approved contract documents related to Cureous. IHDE denies the balance of the allegations.

37. IHDE admits the allegations contained in paragraph 37 of the Counterclaim.

38. IHDE denies the allegations contained in paragraph 38 of the Counterclaim.

39. IHDE denies the allegations contained in paragraph 39 of the Counterclaim.

40. IHDE denies the allegations contained in paragraph 40 of the Counterclaim.

41. In response to paragraph 41 of the Counterclaim, IHDE admits only that amendments were proposed to the contract documents. IHDE denies the balance of the allegations.

42. In response to paragraph 42 of the Counterclaim, IHDE admits only that amendments were proposed to the contract documents. IHDE denies the balance of the allegations.

43. In response to paragraph 43 of the Counterclaim, IHDE admits only that amendments were proposed to the contract documents. IHDE denies the balance of the allegations.

44. In response to paragraph 44 of the Counterclaim, IHDE admits only that it sent certain IHDE proposed contract documents concerning Cureous to DHW for review. IHDE denies the balance of the allegations.

45. IHDE denies the allegations contained in paragraph 45 of the Counterclaim.

46. IHDE denies the allegations contained in paragraph 46 of the Counterclaim.

47. In response to paragraph 47 of the Counterclaim, IHDE admits only that it invoiced DHW for IHDE contract deliverables. IHDE denies the balance of the allegations.

48. IHDE denies the allegations contained in paragraph 48 of the Counterclaim.

49. IHDE denies the allegations contained in paragraph 49 of the Counterclaim.

50. IHDE denies the allegations contained in paragraph 50 of the Counterclaim.

51. IHDE denies the allegations contained in paragraph 51 of the Counterclaim.

52. IHDE denies the allegations contained in paragraph 52 of the Counterclaim.

53. In response to paragraph 53 of the Counterclaim, IHDE admits only that DHW made certain payments to IHDE related to IHDE's contract deliverables. IHDE denies the balance of the allegations.

54. IHDE denies the allegations contained in paragraph 54 of the Counterclaim.

55. IHDE denies the allegations contained in paragraph 55 of the Counterclaim.

56. IHDE denies the allegations contained in paragraph 56 of the Counterclaim.

57. IHDE denies the allegations contained in paragraph 57 of the Counterclaim.

58. IHDE denies the allegations contained in paragraph 58 of the Counterclaim.

59. IHDE denies the allegations contained in paragraph 59 of the Counterclaim.

60. IHDE denies the allegations contained in paragraph 60 of the Counterclaim.

61. In response to paragraph 61 of the Counterclaim, IHDE admits only that IHDE did not pay Cureous certain amounts which were not required to be paid under the terms of the parties' contract documents. IHDE denies the balance of the allegations.

62. In response to paragraph 62 of the Counterclaim, IHDE admits sending funds to Cureous in the amount of $624,380.00, but is without sufficient information or knowledge to admit or deny the remaining allegations and, therefore, denies the same.

63. In response to paragraph 63 of the Counterclaim, IHDE admits sending funds to Cureous in the amount of $437,887.00, but is without sufficient information or knowledge to admit or deny the remaining allegations and, therefore, denies the same.

64. IHDE denies the allegations contained in paragraph 64 of the Counterclaim.

65. IHDE denies the allegations contained in paragraph 65 of the Counterclaim.

66. IHDE denies the allegations contained in paragraph 66 of the Counterclaim.

67. IHDE denies the allegations contained in paragraph 67 of the Counterclaim.

68. IHDE denies the allegations contained in paragraph 68 of the Counterclaim.

69. IHDE denies the allegations contained in paragraph 69 of the Counterclaim.

70. IHDE denies the allegations contained in paragraph 70 of the Counterclaim.

71. IHDE denies the allegations contained in paragraph 71 of the Counterclaim.

72. In response to paragraph 72 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

73. IHDE denies the allegations contained in paragraph 73 of the Counterclaim.

74. IHDE denies the allegations contained in paragraph 74 of the Counterclaim.

75. IHDE denies the allegations contained in paragraph 75 of the Counterclaim.

76. IHDE is without sufficient information to either affirm or deny the allegations contained in paragraph 76 of the Counterclaim, and therefore denies the same.

77. In response to paragraph 77 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

78. In response to Paragraph 78 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

79. IHDE denies the allegations contained in paragraph 79 of the Counterclaim.

80. IHDE denies the allegations contained in paragraph 80 of the Counterclaim.

81. IHDE denies the allegations contained in paragraph 81 of the Counterclaim.

82. In response to paragraph 82 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

83. In response to paragraph 83 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

84. IHDE denies the allegations contained in paragraph 84 of the Counterclaim.

85. IHDE denies the allegations contained in paragraph 85 of the Counterclaim.

86. In response to paragraph 86 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

87. In response to paragraph 87 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

88. In response to paragraph 88 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

89. In response to paragraph 89 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

90. IHDE denies the allegations contained in paragraph 90 of the Counterclaim.

91. In response to paragraph 91 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

92. In response to paragraph 92 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

93. In response to paragraph 93 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

94. In response to paragraph 94 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

95. In response to paragraph 95 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

96. IHDE denies the allegations contained in paragraph 96 of the Counterclaim.

97. In response to paragraph 97 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

98. In response to paragraph 98 of the Counterclaim, IHDE admits only that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

99. IHDE admits the allegations contained in paragraph 99 of the Counterclaim.

100. IHDE denies the allegations contained in paragraph 100 of the Counterclaim.

101. In response to paragraph 101 of the Counterclaim, IHDE admits only that IHDE issued a press release related to Orion on July 29, 2021, and asserts that the referenced document speaks for itself. IHDE denies any allegations in this paragraph not consistent with the referenced document.

102. IHDE denies the allegations contained in paragraph 102 of the Counterclaim.

103. IHDE admits the allegations contained in paragraph 103 of the Counterclaim.

104. IHDE admits the allegations contained in paragraph 104 of the Counterclaim.

105. IHDE admits the allegations contained in paragraph 105 of the Counterclaim.

106. In response to paragraph 106 of the Counterclaim, IHDE asserts that the Ada County District Court's Memorandum Decision speaks for itself. IHDE denies any allegations in this paragraph not consistent with the Memorandum Decision.

107. In response to paragraph 107 of the Counterclaim, IHDE asserts that the Ada County District Court's Memorandum Decision speaks for itself. IHDE denies any allegations in this paragraph not consistent with the Memorandum Decision.

108. In response to paragraph 108 of the Counterclaim, IHDE asserts that the Ada County District Court's Memorandum Decision speaks for itself. IHDE denies any allegations in this paragraph not consistent with the Memorandum Decision.

109. In response to paragraph 109 of the Counterclaim, IHDE asserts that the Ada County District Court's Memorandum Decision speaks for itself. IHDE denies any allegations in this paragraph not consistent with the Memorandum Decision.

110. IHDE admits the allegations contained in paragraph 110 of the Counterclaim.

111. In response to the allegations contained in paragraph 111 of the Counterclaim, IHDE admits that the Ada County Sheriff subsequently garnished certain funds, an asserts that the Ada County Sheriff continues to hold those garnished funds.

112. In response to paragraph 112 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

113. In response to paragraph 113 of the Counterclaim, IHDE admits only that it has executed certain contract documents with Cureous, the terms of which speak for themselves. IHDE denies the balance of the allegations.

114. IHDE denies the allegations contained in paragraph 114 of the Counterclaim.

115. IHDE denies the allegations contained in paragraph 115 of the Counterclaim.

ANSWER TO COUNTERCLAIM – Page 11

116. IHDE denies the allegations contained in paragraph 116 of the Counterclaim.

117. In response to paragraph 117 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

118. Paragraph 118 of the Counterclaim consists of legal conclusions for which no response is necessary. To the degree a response is necessary, IHDE denies the allegations.

119. IHDE denies the allegations contained in paragraph 119 of the Counterclaim.

120. IHDE denies the allegations contained in paragraph 120 of the Counterclaim.

121. IHDE denies the allegations contained in paragraph 121 of the Counterclaim.

122. In response to paragraph 122 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

123. IHDE denies the allegations contained in paragraph 123 of the Counterclaim.

124. IHDE denies the allegations contained in paragraph 124 of the Counterclaim.

125. IHDE denies the allegations contained in paragraph 125 of the Counterclaim.

126. IHDE is without sufficient knowledge to either affirm or deny the allegations contained in paragraph 126 of the Counterclaim and therefore denies the same.

127. IHDE denies the allegations contained in paragraph 127 of the Counterclaim.

128. IHDE denies the allegations contained in paragraph 128 of the Counterclaim.

129. IHDE denies the allegations contained in paragraph 129 of the Counterclaim.

130. IHDE denies the allegations contained in paragraph 130 of the Counterclaim.

131. IHDE denies the allegations contained in paragraph 131 of the Counterclaim.

132. In response to the allegations contained in paragraph 132 of the Counterclaim, IHDE admits it made certain payments to Cureous, but denies all other allegations in paragraph 132.

133. IHDE denies the allegations contained in paragraph 133 of the Counterclaim.

134. IHDE denies the allegations contained in paragraph 134 of the Counterclaim.

135. IHDE denies the allegations contained in paragraph 135 of the Counterclaim.

136. IHDE denies the allegations contained in paragraph 136 of the Counterclaim.

137. IHDE denies the allegations contained in paragraph 137 of the Counterclaim.

138. IHDE denies the allegations contained in paragraph 138 of the Counterclaim.

139. IHDE denies the allegations contained in paragraph 139 of the Counterclaim.

140. IHDE denies the allegations contained in paragraph 140 of the Counterclaim.

141. IHDE denies the allegations contained in paragraph 141 of the Counterclaim.

142. In response to the allegations contained in paragraph 142 of the Counterclaim, IHDE admits that it has used operating funds to pay service providers other than Cureous, but denies all other allegations in this paragraph.

143. In response to the allegations contained in paragraph 143 of the Counterclaim, IHDE admits that it has used operating funds to pay service providers other than Cureous, but denies all other allegations in this paragraph.

144. IHDE denies the allegations contained in paragraph 144 of the Counterclaim.

145. In response to paragraph 145 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

146. IHDE denies the allegations contained in paragraph 146 of the Counterclaim.

147. IHDE denies the allegations contained in paragraph 147 of the Counterclaim.

148. IHDE denies the allegations contained in paragraph 148 of the Counterclaim.

149. In response to paragraph 149 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

ANSWER TO COUNTERCLAIM – Page 13

150. IHDE denies the allegations contained in paragraph 150 of the Counterclaim.

151. IHDE denies the allegations contained in paragraph 151 of the Counterclaim.

152. IHDE denies the allegations contained in paragraph 152 of the Counterclaim.

153. IHDE denies the allegations contained in paragraph 153 of the Counterclaim.

154. IHDE denies the allegations contained in paragraph 154 of the Counterclaim.

155. In response to paragraph 155 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

156. IHDE denies the allegations contained in paragraph 156 of the Counterclaim.

157. IHDE denies the allegations contained in paragraph 157 of the Counterclaim.

158. IHDE denies the allegations contained in paragraph 158 of the Counterclaim.

159. IHDE denies the allegations contained in paragraph 159 of the Counterclaim.

160. In response to paragraph 160 of the Counterclaim, IHDE realleges and incorporates all previous paragraphs of this Answer.

161. IHDE denies the allegations contained in paragraph 161 of the Counterclaim.

162. IHDE denies the allegations contained in paragraph 162 of the Counterclaim.

163. IHDE denies the allegations contained in paragraph 163 of the Counterclaim.

## **AFFIRMATIVE DEFENSES**

The following defenses are not stated separately as to each claim for relief or allegation of Cureous. Nevertheless, the following defenses are applicable where appropriate, to any and all of Cureous's claims for relief. I n asserting the defenses, IHDE does not admit the burden of proving allegations or denials contained in this answer is upon it, but, to the contrary, asserts that by reason of these denials, and by reason of relevant statutory and judicial authority, the burden of proving the inverse of the allegations contained in the defenses is upon Cureous. Moreover, in asserting

any defense, IHDE does not admit any responsibility or liability, but rather specifically denies any and all allegations of damages, responsibility, and liability in the Counterclaim.

## FIRST AFFIRMATIVE DEFENSE

Cureous's claims are barred by the doctrines of waiver, estoppel, and unclean hands.

## SECOND AFFIRMATIVE DEFENSE

Cureous did not suffer any damages, but, to the degree Cureous suffered damages, Cureous failed to mitigate and failed to protect itself from avoidable consequences.

## THIRD AFFIRMATIVE DEFENSE

Cureous's breach of implied covenant claim is barred in whole or in part because it is duplicative of its breach of contract claim.

## FOURTH AFFIRMATIVE DEFENSE

Cureous's claims are barred in whole or in part by the terms of its contract with IHDE.

## FIFTH AFFIRMATIVE DEFENSE

Cureous's claims are barred in whole or in part because Cureous, by its conduct, statements, and/or writings to IHDE and others expressly and/or impliedly waived the claims or right to assert the claims in this action.

## SIXTH AFFIRMATIVE DEFENSE

Cureous's claims are barred in whole or in part because Cureous materially breached its contract with IHDE that is the subject of this action.

## SEVENTH AFFIRMATIVE DEFENSE

Cureous's recovery, if any, must be offset because Cureous breached the parties' contract and/or engaged in intentional acts or misconduct at the time of and in connection with the matters

ANSWER TO COUNTERCLAIM – Page 15

at issue and such conduct proximately caused and contributed to said events and resultant damages, if any.

Discovery in this matter has not yet been commenced, and IHDE reserves the right to amend this answer should additional defenses become available.

### ATTORNEY FEES

IHDE has been forced to retain counsel to defend the Counterclaim and has incurred, and will continue to incur, attorneys' fees and costs.  IHDE is entitled to recover from Cureous its reasonable costs and attorneys' fees incurred in this matter pursuant to Idaho Code Sections 12-120, 12-121, 12-120(3), Idaho Rule of Civil Procedure 54, and/or any applicable agreement, rules, or statutes authorizing a fee award.

### PRAYER FOR RELIEF

WHEREFORE, IHDE prays for relief against Cureous on its counterclaim as follows:

1. That the Court dismiss Cureous' counterclaims with prejudice;

2. For an award of reasonable attorney fees and costs/expenses incurred in defending the Counterclaims; and

3. For such other relief as to the Court may seem just and equitable.

DATED this 23rd day of December, 2022.

                                                /s/ Matt Christensen
                                                MATTHEW T. CHRISTENSEN
                                                Attorney for Plaintiff/Counterdefendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2022, I filed the foregoing ANSWER TO COUNTERCLAIM electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Nicole C. Hancock | nicole.nancock@stoel.com |
| J.B. Evans | jb.evans@stoel.com |

Any others as listed on the Court's ECF Notice.

        /s/ Matt Christensen
Matthew T. Christensen