Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Plaintiff*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |
| IDAHO HEALTH DATA EXCHANGE, INC.,<br>an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CUREOUS INNOVATIONS, INC., a Delaware<br>corporation; ADA COUNTY DISTRICT<br>COURT, a political subdivision of the State of<br>Idaho,<br><br>Defendants. | **Adv. Case No. 22-06018-JMM** |
| CUREOUS INNOVATIONS, INC., a Delaware<br>corporation,<br><br>Counterclaimant,<br><br>v.<br><br>IDAHO HEALTH DATA EXCHANGE, INC., an<br>Idaho corporation,<br><br>Counterdefendant. | |

**MOTION TO DISMISS COUNTERCLAIMS ASSERTING NON-DISCHARGEABILITY
ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT, ALTERNATIVELY FOR PARTIAL
JUDGMENT ON THE PLEADINGS** – Page 1

## <u>MOTION TO DISMISS COUNTERCLAIMS ASSERTING NON-DISCHARGEABILITY, ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT, ALTERNATIVELY FOR PARTIAL JUDGMENT ON THE PLEADINGS</u>

Plaintiff/Counterdefendant, Idaho Health Data Exchange, Inc., by and through its counsel of record, JOHNSON MAY, moves for an order partially dismissing Counterclaimant's Fifth, Sixth, and Seventh causes of action (Adv. Doc. No. 4) concerning nondischargeability under 11 U.S.C. § 523(a) in the above captioned Adversary Proceeding, with prejudice, or in the alternative for partial summary judgement under Bankruptcy Rule 7056.  This Motion is supported by the concurrently filed supporting memorandum of law.

DATED this 23rd day of December, 2022.

/s/ Matt Christensen
_____
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of December, 2022, I filed the foregoing MOTION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Nicole C. Hancock | nicole.nancock@stoel.com |
| J.B. Evans | jb.evans@stoel.com |

Any others as listed on the Court's ECF Notice.

_____/s/ Matt Christensen_____
Matthew T. Christensen