Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Plaintiff/Counterdefendant*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |
| IDAHO HEALTH DATA EXCHANGE, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CUREOUS INNOVATIONS, INC., a Delaware corporation; ADA COUNTY DISTRICT COURT, a political subdivision of the State of Idaho,<br><br>Defendants. | Adversary No. 22-06018-JMM<br><br>**MOTION FOR SUMMARY JUDGMENT ON IHDE'S PREFERENCE TRANSFER CLAIM** |
| CUREOUS INNOVATIONS, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>IDAHO HEALTH DATA EXCHANGE, INC., an Idaho corporation,<br><br>Counterdefendant. | |

MOTION FOR SUMMARY JUDGMENT ON IHDE'S PREFERENCE TRANSFER CLAIM – PAGE 1

Plaintiff, Idaho Health Data Exchange, hereafter knowns as "IHDE', moves, pursuant to Fed. R. Bankr. Proc. 7056 and Fed. R. Civ. Proc. 56, for summary judgment against Defendants on IHDE's preference transfer claim. Specifically, Plaintiff requests judgment pursuant to 11 U.S.C. §§ 547 and 550, avoiding and recovering for the bankruptcy estate the funds in the amount of $469,767.83, as preference transfers.

This Motion is supported by the contemporaneously-filed Memorandum in Support of Summary Judgment and Statement of Undisputed Facts.

Dated this 12th day of January, 2023.                **JOHNSON MAY**


By:___/s/ Matt Christensen_____
Matthew T. Christensen
Attorney for Plaintiff, IHDE Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of January, 2023, I filed the foregoing MOTION FOR SUMMARY JUDGMENT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Nicole C. Hancock | nicole.nancock@stoel.com |
| J.B. Evans | jb.evans@stoel.com |

      Any others as listed on the Court's ECF Notice.


                                                /s/ Matt Christensen
                                                Matthew T. Christensen