UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |
| IDAHO HEALTH DATA EXCHANGE, INC., and Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CUREOUS INNOVATIONS, INC., a Delaware corporation; ADA COUNTY DISTRICT COURT, a political subdivision of the State of Idaho,<br><br>Defendants. | Adversary No. 22-06018-JMM |

## **ORDER PARTIALLY GRANTING MOTION FOR SUMMARY JUDGMENT**

This matter, having come before the Court on the Plaintiff's Motion for Summary Judgment, and based on the agreement of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, that summary judgment is partially granted on the Plaintiff's 11 U.S.C. § 547 claim to recover property transferred to the Defendant Cureous Innovations. Specifically, the Court FINDS that the Plaintiff has established the following elements of its preference transfer claim:

1. The transfer of property was to or for the benefit of a creditor (Cureous);

2. The transfer of property was on account of an antecedent debt owed to Cureous before the transfer was made;

3. The transfer of property was made while the Debtor was insolvent;

4. The transfer of property was made within 90 days of the filing of the Debtor's bankruptcy petition.

The remaining elements of the Plaintiff's preference claim (i.e., whether the transfer was of property in which the Debtor had an interest and whether the transfer enabled Cureous to receive more than it would have received had the transfer not been made and the case were in Chapter 7) remain at issue.



DATED: March 22, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:  Matthew T. Christensen, attorney for Idaho Health Data Exchange, Inc.

Approved as to form and substance:

  /s/ Nicole Hancock (email approval 3/21/23)\_\_\_
Nicole C. Hancock, attorney for Cureous Innovations, Inc.